UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GALAFATE,<br><br>    Petitioner,<br><br>    v.<br><br>HUNTER ANGLEA,<br><br>    Respondent. | No. 1:19-cv-01743-DAD-JLT (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING PETITION<br><br>(Doc. No. 17) |

    Petitioner John Galafate is a state prisoner proceeding *pro se* and *in forma pauperis* with a petitioner for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 302.

    On February 9, 2021, the assigned magistrate judge issued findings and recommendations, recommending that the pending petition for federal habeas relief be dismissed for failure to comply with a court order. (Doc. No. 17.) These findings and recommendations were served on all parties and contained notice that any objections thereto were to be filed within ten (10) days of service. (*Id.* at 3.) To date, no objections to the findings and recommendations have been filed with the court, and the time in which to do so has now passed.

/////

/////

1

1  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
2  *de novo* review of this case.  Having carefully reviewed the entire file, the court concludes that
3  the findings and recommendations are supported by the record and proper analysis.

4  In addition, having concluded that the pending petition must be dismissed, the court now
5  turns to whether a certificate of appealability should issue.  A state prisoner seeking a writ of
6  habeas corpus has no absolute entitlement to appeal a district court's denial of his petition, and an
7  appeal is only allowed in certain circumstances.  *Miller-El v. Cockrell*, 537 U.S. 322, 335–36
8  (2003); 28 U.S.C. § 2253.  Where, as here, the court denies habeas relief on procedural grounds
9  without reaching the underlying constitutional claims, the court should issue a certificate of
10  appealability "if jurists of reason would find it debatable whether the petition states a valid claim
11  of the denial of a constitutional right and that jurists of reason would find it debatable whether the
12  district court was correct in its procedural ruling."  *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).
13  In the present case, the court finds that reasonable jurists would not find the court's determination
14  that the petition should be dismissed debatable or wrong, or that petitioner should be allowed to
15  proceed further.  Therefore, the court declines to issue a certificate of appealability.

16  Accordingly,

17  1. The findings and recommendations issued on February 9, 2021 (Doc. No. 17) are
18     adopted in full;
19  2. The petition for writ of habeas corpus (Doc. No. 1) is dismissed;
20  3. The court declines to issue a certificate of appealability; and
21  4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **March 12, 2021**                           /s/ Dale A. Drozd
                                                     UNITED STATES DISTRICT JUDGE